UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIQUE FRANCIS DONNAY, SR., <br><br> Plaintiff, <br><br> -against- <br><br> C.O. PHILLIPS; C.O. ZACH; C.O. FOLEY; SEARGENT A. RODGERS; SEARGENT WALTERS, <br><br> Defendants. | 25 CIVIL 5262 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the August 29, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 29, 2025

      New York, New York

                                                   /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge